IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDY LARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 2:12cv452-WHA |
| ALABAMA BEVERAGE CONTROL | ) | |
| BOARD (STATE OF ALABAMA), | ) | (wo) |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion to Amend the Complaint (Doc. #31), it is hereby ORDERED that the Motion is GRANTED.

Done this 4th day of September, 2012.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE